**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000050
20-APR-2022
07:57 AM
Dkt. 62 ODSD**

NO. CAAP-19-0000050


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


ESTATE ADMINISTRATIVE SERVICES LLC, Interim Personal
Representative for the Estate of Philip Finn, Plaintiff-Appellee,
v. SIONE P. MOHULAMU, FALAULA TINOGA, SR., and SAMANTHA KALIKO,
Defendants-Appellees, and CHRISTY TIGILAU, Defendant-Appellant.


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL NO. 1RC-18-1-8145)


<u>ORDER DISMISSING APPEAL</u>
(By: Ginoza, Chief Judge, Leonard and McCullen, JJ.)

Upon review of the record, it appears that:

(1) On September 1, 2020, the court granted self-represented Defendant-Appellant Christy Tigilau's (Tigilau) motion for extension of time for the opening brief and extended the opening brief deadline to September 23, 2020;

(2) Tigilau failed to file the opening brief or request another extension of time;

(3) On December 3, 2021, the appellate clerk entered a default notice informing Tigilau that the time for filing the opening brief had expired, the matter would be called to the court's attention on December 13, 2021, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rule 30, and Tigilau could request relief from default by motion; and

(4) Tigilau has not taken any further action in this appeal since filing the motion for extension of time on August 24, 2020.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawai'i, April 20, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge